**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Patriot Contracting, LLC and Travelers Casualty & Surety Co. of America
v. Shelter Products, Inc. and Kancor Companies, LLC

Appellate case number:     01-19-00971-CV

Trial court case number:   2014-58350

Trial court:                      133rd District Court of Harris County


The parties' Joint Motion to Allow Additional Time for Oral Argument is **GRANTED**.

Each party will have 20 minutes for oral argument.




Judge's signature: __ /s/ Julie Countiss_____
                            acting individually



Date:    March 29, 2021